957 So.2d 156 (2007)
Jacqueline COLEMAN
v.
BAYER CORPORATION, Novartis Pharmaceutical Corporation, Whitehall-Robins Healthcare, Chattem, Inc., Walgreen Louisiana Co., Inc. (d/b/a "Walgreens"), and K-Mart Corporation (d/b/a "K-Mart").
No. 2007-CC-0726.
Supreme Court of Louisiana.
May 18, 2007.
In re Walgreen Louisiana Co. Inc. d/b/a; Walgreens; Walgreen Company d/b/a;  *157 Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. N, No. 574-099; to the Court of Appeal, Fifth Circuit, No(s). 07-C-74, 07-C-59.
Denied.